**FILED**

NOV 1 7 2015

Clerk, U.S. District Court
District Of Montana
Billings

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| MARK D. TAKACH, | CV 14-156-BLG-SPW-CSO |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS COFFEY TOOLS, INC. AND CHANCEY E. COX |
| CHANCEY E. COX; COFFEY TOOLS, INC.; and CALROD INVESTMENTS, LLC, | |
| Defendants. | |

Upon the parties' Stipulated Motion to Dismiss with Prejudice Defendants

Coffey Tools, Inc. and Chancey E. Cox, and good cause being shown,

**IT IS HEREBY ORDERED** that the parties' stipulated motion is

**GRANTED** and Coffey Tools, Inc. and Chancey E. Cox are DISMISSED from the

present cause of action with prejudice. Plaintiff and Defendants Coffey Tools, Inc.

and Chancey E. Cox shall each bear their own attorney's fees and costs.

DATED this ___17th___ day of November, 2015.

Susan P. Watters
United States District Judge

1